ERASTUS D. POTTER, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Potter* v. *N. Y. C. & H. R. R. R. Co.,* 140 App. Div. 939, affirmed.
(Argued December 17, 1912; decided January 7, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for injury to personal property alleged to have been occasioned by the negligence of defendant.

*Charles E. Snyder* for appellant.

*Willard A. Rill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.